# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE, | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) ) | |
| v. | ) ) | Civil Case No. 09-529 (RJL) |
| TECHNOMEDIA INTERNATIONAL, INC., | ) ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion, it is this 30th day of March, 2010, hereby

**ORDERED** that API's Motion to Dismiss Counts 1-3 and 5-6 of TechnoMedia's Amended Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6) [#39] is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that Count 1 of the Amended Counterclaim is **DISMISSED** with prejudice, except as to TechnoMedia's claim that API is wrongfully withholding TechnoMedia's trade secrets; it is further

**ORDERED** that Counts 2, 3, 5, and 6 of the Amended Counterclaim are **DISMISSED** with prejudice; it is further

**ORDERED** that API's Motion to Strike Allegations of the Amended Counterclaim Pursuant to Fed. R. Civ. P. 12(f) [#39] is **GRANTED**; it is further

**ORDERED** that all allegations in the Amended Counterclaim concerning any association between API and Ecoman or between API and the Islamic Republic of Iran—including, without limitation, the allegations contained at pages 1-2 and at paragraphs 30-35, 77(d), 80(e), and 87 of the Amended Counterclaim—are hereby **STRICKEN**; it is further

**ORDERED** that TechnoMedia's Application for Preliminary Injunction [#23] is **DENIED**; and it is further

**ORDERED** that TechnoMedia's Motion for Leave to File Deposition Transcript Excerpts of Patrick Quinn in Support of TechnoMedia's Application for Preliminary Injunction [#62] is **DENIED**.

**SO ORDERED.**

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge